# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2441

_____

United States of America

*Plaintiff - Appellee*

v.

Roderick Deshawn Stewart, also known as Rod

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: April 16, 2013
Filed: April 22, 2013
[Unpublished]

_____

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Roderick Stewart directly appeals the judgment of the district court[1] after he pled guilty to a drug charge and was sentenced to a within-Guidelines-range prison

_____

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.

term.  His counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967).

Having independently reviewed the record pursuant to *Penson v. Ohio,* 488 U.S. 75 (1988), this court finds no nonfrivolous issues for appeal.  Counsel's motion to withdraw is granted, and the judgment of the district court is affirmed.

_____